GLASS *v.* YARBROUGH, executor, *et al.*

BECK, P. J. Under the pleadings and the evidence in this case the court did not err in the refusal to allow the decree previously granted to be amended, nor in dissolving the restraining order and refusing the injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2440. NOVEMBER 17, 1921.

Equitable petition. Before Judge Cobb. Clarke superior court. January 13, 1921.

*John J. Strickland* and *Ray & Ray,* for plaintiff.

*Thomas J. Shackelford,* for defendants.